UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>ATLAS AIR WORLDWIDE HOLDINGS, INC., ATLAS AIR, INC., POLAR AIR CARGO, INC., AIRLINE ACQUISITION CORP. I, AND ATLAS WORLDWIDE AVIATION LOGISTICS, INC.,<br><br>Debtors. | Case Nos. 04-10792-BKC-RAM through 04-10796-BKC-RAM<br><br>(Jointly Administered under Case No. 04-10792-BKC-RAM) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POLAR AIR CARGO, INC.,<br><br>Appellant,<br><br>v.<br><br>ATLAS AIR WORLDWIDE HOLDINGS, INC., ATLAS AIR, INC., POLAR AIR CARGO, INC., AIRLINE ACQUISITION CORP. I, AND ATLAS WORLDWIDE AVIATION LOGISTICS, INC.,<br><br>Debtors. | 04-CV-20898 |



**NOTICE OF MOTION OF THE AD HOC COMMITTEE OF CLASS A CERTIFICATE HOLDERS FOR ENTRY OF AN ORDER AUTHORIZING INTERVENTION PURSUANT TO SECTION 24 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that certain holders of Series A Pass-Through Trust Certificates (the "**Class A Certificate Holders**," a majority in interest of which comprise the "**Ad Hoc Committee**"), by and through their undersigned counsel, will move this Court before District Judge Adalberto Jordan, United States District Judge, on such date as may be selected by

the Court pursuant to his individual rules, at 301 North Miami Avenue, 8th Floor, Miami, FL 33128, for an order authorizing the Ad Hoc Committee to intervene in all matters related to the Debtors' chapter 11 cases before the District Court for the Southern District of Florida (the "**District Court**"), including, but not limited to, (i) the Motion for Stay Pending Appeal of the Official Committee of Unsecured Creditors of Polar Air Cargo, Inc. (the "**Polar Committee**") for a stay of the orders of the United States Bankruptcy Court for the Southern District of Florida (the "**Bankruptcy Court**") approving the Deferred Rent DIP Facility, the Senior DIP Facility, and the EETC Stipulations (the "**Polar Stay Motion**") and (ii) the Polar Committee's appeal of the same (the "**Polar Appeal**").[1]

---

[1] More specifically, the Polar Committee is appealing the following: (1) Order Authorizing Postpetition Secured Superpriority Financing under Bankruptcy Code Sections 105(a) and 364(c) Regarding Deferred EETC Lease/Equipment Note Obligations (Bankruptcy Docket No. 450); (2) Final Order Authorizing the Debtors to Enter into Postpetition Financing Agreement and Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Granting Liens, Security Interests and Superpriority Claims (Bankruptcy Docket No. 445); (3) Order Granting Motion for Approval of Separate EETC Stipulations with Wilmington Trust Company (As Indenture Trustee) and the Ad Hoc Committee Under 11 U.S.C. § 1110(b) Regarding Atlas Owned Aircraft (Bankruptcy Docket No. 488); (4) Order Granting Motion for Approval of Stipulations with Various Aircraft Lenders or Lessors Under 11 U.S.C. § 1110(b) (Bankruptcy Docket No. 487); (5) Order Granting Motion for Approval of Separate EETC Stipulations with Wells Fargo Bank Northwest, NA. (As Owner Trustee) and Wilmington Trust Company (As Indenture Trustee) Under 11 U.S.C. § 1110(b) (Bankruptcy Docket No. 492); (6) Order Granting Motion for Approval of Stipulation and Order Providing for Section 1110(b) Extension Regarding Aircraft Agreements with Respect to Aircraft Tail Numbers N355MC, N536MC and N540MC and Certain Engines (Bankruptcy Docket No. 486); (7) Order Granting Motion for Approval of EETC Stipulations Under 11 U.S.C. § 1110(b) with Wells Fargo Bank Northwest, NA. (As Owner Trustee) and Wilmington Trust Company (As Indenture Trustee) Regarding Boeing 747-47UF Aircraft, Tail Numbers N491MC and N493MC (Bankruptcy Docket No. 490); (8) Order Granting Motion for Approval of EETC Stipulation Under 11 U.S.C. § 1110(b) with Wells Fargo Bank Northwest, NA. (As Owner Trustee) and Wilmington Trust Company (As Indenture Trustee) Regarding Boeing 747-400 Aircraft, Tail Number N496MC (Bankruptcy Docket No. 489); (9) Order Granting Motion for Approval of EETC Stipulation Under 11 U.S.C. § 1110(b) with Wilmington Trust Company (As Indenture Trustee) Regarding Boeing 747-400 Aircraft, Tail Number N409MC (Bankruptcy Docket No. 491); (10) Order Granting Motion for Approval of a Stipulation and Order Providing for Section 1110(b) Extension Regarding Aircraft Agreements with Respect to Aircraft Tail Numbers N505MC, N509MC, N512MC, N517MC, N522MC, N523MC, N524MC, N527MC, N528MC, N534MC, N808MC and N809MC and Two (2) Engine Pools (Bankruptcy Docket No. 484).

April 21, 2004                          Respectfully submitted:

**BINGHAM McCUTCHEN LLP**

Michael J. Reilly (*pro hac vice* pending)
Patrick J. Trostle
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2800 (fax)
michael.reilly@bingham.com
patrick.trostle@bingham.com

Peter Schellie (*pro hac vice* pending)
1120 20th Street
Suite 800
Washington, DC 20036
(202) 778-6150
(202) 778-6155 (fax)
peter.schellie@bingham.com

—and—

**GREENBERG TRAURIG P.A.**

_____
Luis Salazar (Fla. Bar No. 147788)
1221 Brickell Ave.
Miami, FL 33131
(305) 579-0500
(305) 579-0717 (fax)
salazarl@GTLaw.com

Counsel to the Ad Hoc Committee of
Class A Certificate Holders

CTDOCS 1585666 1

## SERVICE LIST

Michael J. Reilly, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(860) 240-2700 Telephone
(860) 240-2800 Facsimile

Peter D. Schellie, Esq.
Bingham McCutchen LLP
1211 20th Street, N.W., Suite 800
Washington, DC 20036
(202) 778-6150 Telephone
(202) 778-6155 Facsimile

Brian K. Gart, Esq.
Greenberg Traurig, P.A.
401 E. Las Olas Boulevard, Suite 2000
Ft. Lauderdale, FL 33301
(954) 768-8212 Telephone
(954) 765-1477 Facsimile

Luis Salazar, Esq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
(305) 579-0500 Telephone
(305) 579-0717 Facsimile

Laurel M. Isicoff, Esq.
Corali Lopez-Castro, Esq.
Solomon B. Genet, Esq.
Kozyak Tropin & Throckmorton, P.A.
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
(305) 372-1800 Telephone
(305) 372-3508 Facsimile

Joseph McLaughlin, Esq.
George M. Kelakos, Esq.
Heller Ehrman White & McAuliffe LLP
120 West 45th Street, 21st Floor
New York, NY 10036
(212) 832-8300 Telephone
(212) 763-7600 Facsimile

Brent Cohen, Esq.
Peter Benvenutti, Esq.
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104-2878
(415) 772-6000 Telephone
(415) 772-6268 Facsimile

Jordi Guso, Esq.
Paul Singerman, Esq.
Berger Singerman, P.A.
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
(305) 755-9500 Telephone
(305) 714-4340 Facsimile

Lenard M. Parkins, Esq.
Kenrick D. Kattner, Esq.
Sarah B. Foster, Esq.
Haynes and Boone LLP
1000 Louisiana, Suite 4300
Houston, TX 77002
(713) 547-2000 Telephone
(713) 547-2600 Facsimile