UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>ATLAS AIR WORLDWIDE HOLDINGS, INC., ATLAS AIR, INC., POLAR AIR CARGO, INC., AIRLINE ACQUISITION CORP. I, AND ATLAS WORLDWIDE AVIATION LOGISTICS, INC.,<br><br>Debtors. | Case Nos. 04-10792-BKC-RAM through 04-10796-BKC-RAM<br><br>(Jointly Administered under Case No. 04-10792-BKC-RAM) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF POLAR AIR CARGO, INC.,<br><br>Appellant,<br><br>v.<br><br>ATLAS AIR WORLDWIDE HOLDINGS, INC., ATLAS AIR, INC., POLAR AIR CARGO, INC., AIRLINE ACQUISITION CORP. I, AND ATLAS WORLDWIDE AVIATION LOGISTICS, INC.,<br><br>Debtors. | 04-CV-20898 |



**STATEMENT OF CONFERENCE OF THE AD HOC
COMMITTEE OF CLASS A CERTIFICATE HOLDERS PURSUANT TO
LOCAL RULE 7.1.A.3 IN SUPPORT OF AN ORDER AUTHORIZING INTERVENTION
PURSUANT TO SECTION 24 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that certain holders of Series A Pass-Through Trust Certificates (the "**Class A Certificate Holders**," a majority in interest of which comprise the "**Ad Hoc Committee**"), by and through their undersigned counsel, have made a reasonable effort to confer orally with all parties that might be affected by their intervention in all matters

related to the Debtors' chapter 11 cases before the District Court for the Southern District of Florida (the "**District Court**"), including, but not limited to, (i) the Motion for Stay Pending Appeal of the Official Committee of Unsecured Creditors of Polar Air Cargo, Inc. (the "**Polar Committee**") for a stay of the orders of the United States Bankruptcy Court for the Southern District of Florida (the "**Bankruptcy Court**") approving the Deferred Rent DIP Facility, the Senior DIP Facility, and the EETC Stipulations (the "**Polar Stay Motion**") and (ii) the Polar Committee's appeal of the same (the "**Polar Appeal**").[1]

1.      The Ad Hoc Committee has an undisputed interest in the aircraft which are intimately related to the Polar Stay Motion and the Polar Appeal.

---

[1] More specifically, the Polar Committee is appealing the following: (1) Order Authorizing Postpetition Secured Superpriority Financing under Bankruptcy Code Sections 105(a) and 364(c) Regarding Deferred EETC Lease/Equipment Note Obligations (Bankruptcy Docket No. 450); (2) Final Order Authorizing the Debtors to Enter into Postpetition Financing Agreement and Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and Granting Liens, Security Interests and Superpriority Claims (Bankruptcy Docket No. 445); (3) Order Granting Motion for Approval of Separate EETC Stipulations with Wilmington Trust Company (As Indenture Trustee) and the Ad Hoc Committee Under 11 U.S.C. § 1110(b) Regarding Atlas Owned Aircraft (Bankruptcy Docket No. 488); (4) Order Granting Motion for Approval of Stipulations with Various Aircraft Lenders or Lessors Under 11 U.S.C. § 1110(b) (Bankruptcy Docket No. 487); (5) Order Granting Motion for Approval of Separate EETC Stipulations with Wells Fargo Bank Northwest, NA. (As Owner Trustee) and Wilmington Trust Company (As Indenture Trustee) Under 11 U.S.C. § 1110(b) (Bankruptcy Docket No. 492); (6) Order Granting Motion for Approval of Stipulation and Order Providing for Section 1110(b) Extension Regarding Aircraft Agreements with Respect to Aircraft Tail Numbers N355MC, N536MC and N540MC and Certain Engines (Bankruptcy Docket No. 486); (7) Order Granting Motion for Approval of EETC Stipulations Under 11 U.S.C. § 1110(b) with Wells Fargo Bank Northwest, NA. (As Owner Trustee) and Wilmington Trust Company (As Indenture Trustee) Regarding Boeing 747-47UF Aircraft, Tail Numbers N491MC and N493MC (Bankruptcy Docket No. 490); (8) Order Granting Motion for Approval of EETC Stipulation Under 11 U.S.C. § 1110(b) with Wells Fargo Bank Northwest, NA. (As Owner Trustee) and Wilmington Trust Company (As Indenture Trustee) Regarding Boeing 747-400 Aircraft, Tail Number N496MC (Bankruptcy Docket No. 489); (9) Order Granting Motion for Approval of EETC Stipulation Under 11 U.S.C. § 1110(b) with Wilmington Trust Company (As Indenture Trustee) Regarding Boeing 747-400 Aircraft, Tail Number N409MC (Bankruptcy Docket No. 491); (10) Order Granting Motion for Approval of a Stipulation and Order Providing for Section 1110(b) Extension Regarding Aircraft Agreements with Respect to Aircraft Tail Numbers N505MC, N509MC, N512MC, N517MC, N522MC, N523MC, N524MC, N527MC, N528MC, N534MC, N808MC and N809MC and Two (2) Engine Pools (Bankruptcy Docket No. 484).

CHDOCS 1585667 1

2. Furthermore, following the filing of the Notice of Appeal by the Polar Committee, the Ad Hoc Committee requested the Polar Committee to join the Ad Hoc Committee as a party in the Polar Appeal. The Polar Committee refused the Ad Hoc Committee's request.

3. As such, the Ad Hoc Committee is forced to file concurrently herewith a motion to intervene in the Polar Stay Motion.

April 27, 2004

Respectfully submitted:

**BINGHAM McCUTCHEN LLP**

Michael J. Reilly (*pro hac vice* pending)
Patrick J. Trostle
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2800 (fax)
michael.reilly@bingham.com
patrick.trostle@bingham.com

Peter Schellie (*pro hac vice* pending)
1120 20th Street
Suite 800
Washington, DC 20036
(202) 778-6150
(202) 778-6155 (fax)
peter.schellie@bingham.com

—and—

**GREENBERG TRAURIG P.A.**

Luis Salazar (Fla. Bar No. 147788)
1221 Brickell Ave.
Miami, FL 33131
(305) 579-0500
(305) 579-0717 (fax)
salazarl@GTLaw.com

Counsel to the Ad Hoc Committee of
Class A Certificate Holders

-4-