UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20898-CIV-JORDAN

In Re:                                              )
                                                    )
ATLAS WORLD WIDE HOLDINGS, INC.,                    )
ATLAS AIR, INC., POLAR AIR CARGO,                   )
INC., AIRLINE ACQUISITION CORP. I,                  )
and ATLAS WORLDWIDE AVIATION                        )
LOGISTICS, INC.,                                    )
                                                    )
         Debtors                                    )
                                                    )

FILED by CH D.C.

APR 29 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER

The unopposed motions of the Ad Hoc Committee of Class A Certificate Holders, and of CIT Group and Ableco Finance LLC to intervene in this action [D.E. 19, 27] are GRANTED.

At today's hearing, I instructed the parties present to file papers, by 4:00 p.m. on April 30, 2004, addressing the following issues: the relationship between General Electric and GE CAS, any information regarding the affiliate status of General Electric or GE CAS, what impact the different outcomes may have on GE CAS, what issues relating to the pre-petition restructuring are relevant, and whether there are recusal issues under 28 U.S.C. § 455(a) or (b). If a party believes that this action is covered by § 455(a), the party shall also detail its position on whether recusal is warranted. A courtesy copy of these papers must be delivered to chambers.

DONE and ORDERED in chambers in Miami, Florida, this 29th day of April, 2004.

_____
Adalberto Jordan
United States District Judge

Copy to:

    Counsel for the Official Committee of Unsecured Creditors of Polar Air Cargo, Inc., fax: (305) 372-3508, (206) 447-0849

    Counsel for the Ad Hoc Committee of Class A Certificate Holders, fax: (305) 579-0751, (860) 240-2800

    Counsel for the Debtors, fax: (305) 714-4340

    Counsel for the CIT Group / Business Credit, Inc. and Ableco Finance LLC, fax: (212) 593-5955, (954) 463-2224

    Counsel for the Ad Hoc Committee of EETC Class A Certificate Holders, fax: (305) 579-0624, (305) 961-5751

    Counsel for the Atlas Creditors' Committee, fax: (212) 808-7987, (305) 351-2227